NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JIMMI TYLER REBISH,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE INTERIOR,**
*Respondent.*

---

2014-3087

---

Petition for review of the Merit Systems Protection Board in No. SF-0752-13-0362-I-1.

---

## ON MOTION

---

## O R D E R

Jimmi Tyler Rebish moves without opposition for a 30-day extension of time to obtain counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that Rebish's initial brief, any motion to proceed in forma pauperis, and

2                                    REBISH v. INTERIOR


his Rule 15(c) statement concerning discrimination are due within 30 days of the date of filing of this order.


                                FOR THE COURT

                                /s/ Daniel E. O'Toole
                                Daniel E. O'Toole
                                Clerk of Court



s27